J-S39013-25

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| ANTONIO MARRERO AND KALYNE WISMER | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| Appellants | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | No. 1485 EDA 2025 |
| BARRY WISMER, AND ESTATE OF ANN RODENBACH | : | |
| | : | |

Appeal from the Order Entered May 22, 2025
In the Court of Common Pleas of Northampton County
Civil Division at No:  C-48-CV-2023-2801

BEFORE:  STABILE, J., NICHOLS, J., and SULLIVAN, J.

JUDGMENT ORDER BY STABILE, J.:            **FILED APRIL 29, 2026**

Appellants, Antonio Marrero and Kalyne Wismer ("Kalyne"), appeal from the May 22, 2025, order dismissing their complaint and permitting the property at issue in the complaint to be sold by the estate of Ann M. Rodenbach, Kalyne's grandmother.  We quash.

This civil action, arising out of a contract with which Appellants were required to comply in order to receive a devise of real property under Rodenbach's will, was consolidated with the orphans' court action pending at Northampton County docket C-48-OC-4822-801.  The appeal from the orphans' court's final order is pending on appeal at 742 EDA 2025 ("Number 742").  Appellants' brief and statement of questions presented here is identical to the brief and statement of questions presented at Number 742.  We explain

the relevant procedural history and address Appellants' arguments in our dispositional memorandum filed at Number 742. An identical appeal here is superfluous.

Appeal quashed.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 4/29/2026